# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| JAMES DARNELL ROME SUDBERRY, | : | Case No. 1:24-cv-394 |
| Petitioner, | : | |
| vs. | : | District Judge Douglas R. Cole |
| | : | Magistrate Judge Caroline H. Gentry |
| WARDEN, MADISON CORRECTIONAL FACILITY, | : | |
| Respondent. | : | |

## ORDER

This matter is currently before the Court on Petitioner's Civil Rule 60(B) Motion (Doc. 5); his Supplemental Motions on Civil Rule 60(B) (Doc. 6); and his second Civil Rule 60(B) Motion (Doc. 7).

The motion in Document 5 does not concern or relate to this habeas corpus matter. Accordingly, it is not well-taken and is **DENIED** in this case.  However, as it appears Petitioner intended Document 5 to seek relief in Case No. 1:15-cv-650 (S.D. Ohio) (*see* Docs. 6; 7), the Undersigned **DIRECTS** the **Clerk of Court** to docket a copy of Document 5 in Case No. 1:15-cv-650 for consideration in that case.  To the extent that Documents 6 and 7 seek this result, they are **DENIED** as **MOOT**.

**IT IS SO ORDERED**.

March 28, 2025

*s/ Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge